UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Gabriel Jesus Jimenez, Miguel Angel Lopez, Rudy Javier Souto Vieira, Jorge Luis Ruiz Blanco, Nelson Jose Lacret, Fernando Enrique Alarcón, Jim Robert Carrizales, José Angel Freitas Vargas, Rafael Alberto Vielma Baptista, and Jesus Javier Rangel Telles<br><br>    Plaintiffs,<br><br>v.<br><br>JAC CONSTRUCTION INC., JCH FRAMING INC., JOSE ANGEL ARGUETA, MARIA CUAYA, and HENRY BONILLA<br><br>    Defendants. | Civil Action<br>No: 20-CV-11797<br><br>Judge: Robert H. Cleland<br><br>Magistrate Judge: Elizabeth A. Stafford |

**DEFAULT JUDGMENT ORDER AGAINST DEFENDANTS JAC CONSTRUCTION INC., JCH FRAMING INC., JOSE ANGEL ARGUETA, AND MARIA CUAYA**

The Defendants, JAC CONSTRUCTION INC., JCH FRAMING INC., JOSE ANGEL ARGUETA, an individual, and MARIA CUAYA, having failed to appear, plead, or otherwise defend in this action, and default having been entered on April 5, 2021, and counsel for Plaintiffs having requested judgment against the defaulted Defendant and having filed a motion, brief, and affidavits in accordance with Federal Rules of Civil Procedure 55 (b).

1

Judgment is hereby entered in favor of Plaintiffs and against Defendants JAC CONSTRUCTION INC., JCH FRAMING INC., JOSE ANGEL ARGUETA, and MARIA CUAYA in the amount of $127,439.55 for wage damages, attorneys' fees and costs, as follows:

a) Fernando Enrique Alarcón: $7,806.86 in unpaid wages, unpaid overtime premium, and liquidated damages;

b) Jim Robert Carrizales: $12,740.00 in unpaid wages, unpaid overtime premium, and liquidated damages;

c) José Angel Freitas Vargas: $2,080.00 in unpaid wages, unpaid overtime premium, and liquidated damages;

d) Gabriel Jesus Jimenez: $20,114.29 in unpaid wages, unpaid overtime premium, and liquidated damages;

e) Nelson Jose Lacret: $21,605.71 in unpaid wages, unpaid overtime premium, and liquidated damages;

f) Miguel Angel Lopez: $4,494.29 in unpaid wages, unpaid overtime premium, and liquidated damages;

g) Jesus Javier Rangel Telles: $14,671.43 in unpaid wages, unpaid overtime premium, and liquidated damages;

h) Jorge Luis Ruiz Blanco: $4,842.86 in unpaid wages, unpaid overtime premium, and liquidated damages;

i) Rudy Javier Souto Vieira: $10,357.14 in unpaid wages, unpaid overtime premium, and liquidated damages;

j) Rafael Alberto Vielma Baptista: $2,971.43 in unpaid wages, unpaid overtime premium, and liquidated damages;

k) Michigan Immigrant Rights Center: $24,145.55 in legal fees and costs; and

l) Sugar Law Center for Economic and Social Justice: $1,610.00 in legal fees.

**WHEREFORE**, pursuant to Federal Rules of Civil Procedure 55, it is ordered that Default Judgment is entered against Defendant under the terms listed herein.

Date: June 30, 2021 s/Robert H. Cleland
US District Judge Robert H. Cleland